IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:18CR25-MHT
) [18 USC §1014]
COMIKA PARKER )
) INFORMATION
)

The United States Attorney charges:

## COUNT 1
(False Statement for the Purpose of
Influencing a Federally Insured Bank)

On or about October 10, 2014, in Montgomery County, within the Middle District of Alabama, the defendant,

COMIKA PARKER,

knowingly made a material false statement for the purpose of influencing the actions of Navy Federal Credit Union, a financial institution the deposits of which were then insured by the National Credit Union Administration, in connection with an application for an automobile loan in that the defendant falsely claimed she was employed as an independent contractor earning $7,500 monthly in connection with an approximately $65,000 loan for a 2013 Cadillac Escalade, when in truth and fact, as the defendant well knew, she did not earn $7,500 monthly, and the documents she provided to support her income were false, in violation of Title 18, United States Code, Section 1014.

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

R. Randolph Neeley
Assistant United States Attorney